

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00130-CV

**FORREST PROPERTY MANAGEMENT, INC.,
FORREST CLEBURNE PROPERTIES, LP,
FORREST CHEVROLET-CADILLAC, INC.,
FORREST PONTIAC-BUICK-GMC TRUCKS,
INC., AND CHARLES MICHAEL FORREST,**

                                            **Appellants**

 **v.**

**JEFFREY S. DAVIS,**

                                            **Appellee**

---

**From the 249th District Court
Johnson County, Texas
Trial Court No. C201000545**

---

## MEMORANDUM OPINION

---

The Clerk of this Court notified Appellant Charles Michael Forrest[1] by letter

dated June 15, 2011 that the clerk's record in the above cause had apparently not been

filed because Appellant had failed to pay or make arrangements to pay the clerk's fee

---

[1] In a prior order, the Court dismissed this appeal as to Appellants Forrest Property Management, Inc., Forrest Cleburne Properties, LP, Forrest Chevrolet-Cadillac, Inc., and Forrest Pontiac-Buick-GMC Trucks, Inc.

for preparation of the record.  Appellant was further notified that if he desired to proceed with this appeal, he must pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within 21 days after the date of this letter. Appellant was warned that if he failed to do so, this appeal might be dismissed for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).  More than 21 days have passed, and we have not been notified that Appellant has paid or made arrangements to pay the clerk's fee.

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed July 20, 2011
[CV06]